UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LaQuan Thompson,<br><br>　　　　Petitioner,<br><br>v.<br><br>Jerry Howell, et al.,<br><br>　　　　Respondents. | Case No.: 2:21-cv-00511-GMN-NJK<br><br>**Order** |

This is a habeas corpus proceeding under 28 U.S.C. § 2254 brought by LaQuan Thompson, a Nevada prisoner. On March 31, 2022, this court entered an order requiring Thompson to show cause why this case should not be dismissed without prejudice pursuant to the total exhaustion rule established by *Rose v. Lundy*, 455 U.S. 509, 522 (1982). ECF No. 18. In response to that order, Thompson has filed a declaration that he wishes to formally and forever abandon the unexhausted grounds for relief in his federal habeas petition and proceed on his exhausted ground for relief – i.e., his ineffective assistance of counsel (IAC) claim in Ground 1. ECF No. 19.

　　IT IS THEREFORE ORDERED that all grounds for relief in Thompson's habeas petition (ECF No. 5) are dismissed except for his IAC claim in Ground 1.

IT IS FURTHER ORDERED that respondents shall have 30 days from the date this order is entered to file an answer to Thompson's remaining ground for relief. Thompson shall thereafter have 30 days in which to file a reply.

Dated: April 28, 2022

_____
U.S. District Judge Gloria M. Navarro